UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION   :   MDL No. 2592
                                                             :
                                                             :   SECTION L
                                                             :
                                                             :   JUDGE ELDON E. FALLON
                                                             :
_____:   MAGISTRATE JUDGE NORTH

<u>JURY TRIAL DEMANDED</u>

**THIS DOCUMENT RELATES TO:**

<u>BENJAMIN CARTER</u>

**CIVIL ACTION NO. 2:16-cv-06528**

### SHORT FORM COMPLAINT

1. Plaintiff incorporates by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E. D. La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff Benjamin Carter is identified more fully in Paragraph 3 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff/Xarelto User herein resides 6210 Hillcrest Lane, Indianapolis, Indiana.

4. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

1

5. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

Dated: June 1, 2016

                              Attorney for Plaintiff(s)

                              Thomas T. Merrigan, BBO # 343480
tom@sweeneymerrigan.com
Peter M. Merrigan, BBO # 673272
peter@sweeneymerrigan.com
Jonathan Tucker Merrigan, BBO #681627
tucker@sweeneymerrigan.com
SWEENEY MERRIGAN LAW
268 Summer Street, LL
Boston, MA 02210
617 391 9001 (telephone)
617 357 9001 (fax

**<u>CERTIFICATE OF SERVICE</u>**

I, Thomas T. Merrigan, counsel of record for the Plaintiff in this action, do hereby certify service of the Short Form Complaint with attachments will be in accordance with Fed. R. Civ. P. and Pretrial Order #11 along with a copy of this Certificate of Service, to the following defendants:

SOP Department
Corporation Service Company
Suite 400
2711 Centerville Rd.
Wilmington, DE 19808

Bayer Pharma AG
Attn: Eva Gardyan – Esenlohr
General Counsel
Muellerstrasse 178
13353 Berling
GERMANY

Janssen Research and Development, LLC
920 Rt 202
Raritan, NJ 08869

2

Janssen Ortho LLC
Stateroad 933 KM 0 1
Street Statero
Gurabo, Puerto Rico 00778

Janssen Pharmaceuticals, Inc.
1125 Trenton-Harbourton Road
P.O. Box 200
Titusville, NJ 08560

Johnson & Johnson Company
1 Johnson & Johnson Plaza
New Brunswick, NJ 08933

                                        Respectfully Submitted by
                                        Plaintiff's Counsel:

                                        Thomas T. Merrigan, BBO# 343480
                                        **SWEENEY MERRIGAN LAW, LLP**
                                        268 Summer Street, LL
                                        Boston, Massachusetts 02210
                                        Phone: 617-391-9001
                                        Fax: 617-357-9001